UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARIA MARIBEL PEDRO MARCOS,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 2:26-cv-03944-SRM-ADS

**ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241**

On April 13, 2026, Petitioner Maria Maribel Pedro Marcos, proceeding through counsel, filed a Petition for Writ of Habeas Corpus ("Petition"). Dkt. 1. On April 22, 2026, Respondents filed an Answer to the Petition, stating they are "not presenting an opposition argument." Dkt. 10. On April 30, 2026, the parties filed a Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241, jointly proposing the Petition be granted and judgment be entered without requiring further proceedings. Dkt. 12.

//

//

//

-1-

In accordance with the parties' Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241 (Dkt. No. 12), the unopposed Petition is **GRANTED**. Judgment is to be entered consistent with this Order. Respondents are **ORDERED** to immediately release Petitioner. Respondents must file a declaration confirming Petitioner's release on or before May 4, 2026.

**IT IS SO ORDERED.**

Dated: May 1, 2026

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE