UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARIA MARIBEL PEDRO MARCOS,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 2:26-cv-03944-SRM-ADS

**JUDGMENT**

Pursuant to the Order Granting Petition and Entry of Judgment Under 28 U.S.C. § 2241, the unopposed Petition is **GRANTED**.

**IT IS SO ORDERED.**

Dated: May 1, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-1-